FILED
CLERK, U.S. DISTRICT COURT
APR 27 2016
CENTRAL DISTRICT OF CALIFORNIA
BY  /s/  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RUBEN ELIAS, | No. ED CV 15-235-MWF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. LIZARRAGA, Warden, | |
| Defendant. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: April 27, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE